# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

IN RE:　　　　　　　　　　　　　　　　　　　Chapter 13

MICHAEL FIORUCCI,　　　　　　　　　　　　Case No.: 8:16-bk-11003-CPM

　　　　Debtor.　　　　　/

## NOTICE OF SETTLEMENT

　　**COMES NOW**, Richard V. Ellis, Individually and on behalf of Hausburg & Ellis, P.A. and Richard V. Ellis, P.A. (hereinafter referred to collectively as the "Ellis Entities") by and through its undersigned attorney, files this *Notice of Settlement* and states as follows:

　　1.　　On June 15, 2019, the United States Trustee (the "UST") filed her *Amended Motion for Disgorgement of the Fees Paid to Richard V. Ellis, Hausberg & Ellis, P.A., and/or Richard V. Ellis, P.A. and Motion for Civil Penalty and Suspension of Attorney Richard V. Ellis From the Practice of Law Before the United States Bankruptcy Court for the Middle District of Florida for His Contempt of a Prior Court Disciplinary Order* (**Docket #67**) (the "Disgorgement Motion").

　　2.　　On September 3, 2019, the Court entered its *Order Scheduling Trial* (**Docket #117**) which, amongst other things, established October 25, 2019, as the deadline by which the Ellis Entities are required to file their trial brief in opposition to the Disgorgement Motion. The *Order Scheduling Trial* also scheduled a trial on the Disgorgement Motion for November 22, 2019.

　　3.　　The Ellis Entities and the UST have reached a settlement regarding the Disgorgement Motion. The parties are in the process of drafting and filing a settlement agreement. Upon the filing of the settlement agreement, the parties will upload an agreed order approving the settlement agreement and resolving the Disgorgement Motion.

　　4.　　In light of the settlement, the Elis Entities will not be submitting a trial brief. The Ellis Entities and the UST also no longer need the trial time allotted for November 22, 2019.

　　5.　　The UST is in agreement with the statements above.

　　**I HEREBY CERTIFY** that on this 24th day of October, 2019, a true and correct copy of the foregoing has been furnished by ■ CM/ECF Electronic Mail to:

　　Richard V Ellis　　RVellisbk@aol.com, rvellisbkc@gmail.com; rvellisbk@gmail.com;r50753@notify.bestcase.com
　　David L. Kane　　dkane@mpslaw.com, crampich@mpslaw.com
　　Heather L Ries　　hries@foxrothschild.com, ralbert@foxrothschild.com
　　Craig E Stevenson　　ces@dewittross.com
　　Scott A. Stichter　　sstichter.ecf@srbp.com, srbpecf@srbp.com
　　United States Trustee - TPA7/13　　USTPRegion21.TP.ECF@USDOJ.GOV
　　Jon Waage　　jwflecf@trustee13.com

J Steven Wilkes    steven.wilkes@usdoj.gov

and, by ■ Regular U.S. Mail to:

Michael Fiorucci, 6515 Summer Blossom Lane, Bradenton, FL 34202

        BUDDY D. FORD, P.A.,

        /s/ Jonathan A. Semach
        Buddy D. Ford, Esquire (FBN: 0654711)
        Email: Buddy@tampaesq.com
        Jonathan A. Semach, Esquire (FBN: 0060071)
        Email: Jonathan@tampaesq.com
        9301 West Hillsborough Avenue
        Tampa, Florida  33615-3008
        Telephone #: (813) 877-4669
        Office Email: All@tampaesq.com
        Attorney for the Ellis Entities